| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Tomlinson, A. Kathleen | 2. Court or Organization<br><br>Eastern District of New York | 3. Date of Report<br><br>05/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>Alphone D'Amato US Courthouse<br>914 Federal Plaza<br>Central Islip, NY 11722 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tomlinson, A. Kathleen | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tomlinson, A. Kathleen | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express FSB Mortgage | Shared mortgage on ▮ home, Livingston, NJ | L |
| 2. | Citizens First Bank | Mortgage on Rental Property #1 , The Villages, Florida (Pt. VII, line 23) | L |
| 3. | Citizens First Bank | Mortgage on Rental Property #2 , The Villages, Florida (Pt. VII, line 24) | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tomlinson, A. Kathleen | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | L | T | | | | | |
| 2. IBM Stock | A | Dividend | K | T | | | | | |
| 3. Hartford Select Dimensions Variable Annuity | B | Dividend | L | T | | | | | |
| 4. Prudential Financial | A | Dividend | J | T | | | | | |
| 5. TIAA/CREF Account | A | Dividend | J | T | | | | | |
| 6. Allianz Vision New York Qualified IRA | D | Dividend | N | T | | | | | |
| 7. Farrell Fritz/ABA Retirement Invest Only: | | | | | | | | | |
| 8. ---Small-Mid Cap Equity Fund/State Street B & T Russell 2000 | A | Dividend | L | T | | | | | |
| 9. --- Aggressive Risk Fund | A | Dividend | K | T | | | | | |
| 10. ---Small-Cap Index Eq Fund/Russell 2000 Index | A | Dividend | K | T | | | | | |
| 11. --- International All Cap Equity/MSCI All Country World | A | Dividend | | | Closed | 5/8/12 | | | trans 60/40 to funds below |
| 12. --Large-Cap Equity Fund | A | Dividend | K | T | Open | 5/8/12 | K | | from line11 split transf* |
| 13. ----Intnational Index Equity Fund | A | Dividend | K | T | Open | 5/8/12 | K | | from line11 split transf* |
| 14. Farrell Fritz/ABA Retirement Profit Sharing: | | | | | | | | | |
| 15. --- International AllCap Equity/ MSCI All Country World | A | Dividend | | | Closed | 5/8/12 | | | trans 100% to fund below |
| 16. --Large-Cap Equity Fund | A | Dividend | K | T | Open | 5/8/12 | K | | transfer from line 15 * |
| 17. ---Bond Fund/ Barclays Capital U.S. Aggregate Bond Index | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tomlinson, A. Kathleen | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---Moderate Risk Fund | A | Dividend | | | Closed | 5/10/12 | | | trans 100% to fund below* |
| 19. --Mid-Cap Index Equity Fund | A | Dividend | K | T | Open | 5/10/12 | K | | transfer from line 18 * |
| 20. ---Small Cap Index Equity Fund/Russell 2000 | A | Dividend | L | T | | | | | |
| 21. ---Small-Mid Cap Equity Fund/State Street B & T Russell 2000 | A | Dividend | L | T | | | | | |
| 22. ---International Index Equity/State Street Bank MSCI | A | Dividend | K | T | | | | | |
| 23. Rental Prop #1 The Villages, FL (8/05 $145,000) | D | Rent | M | R | | | | | |
| 24. Rental Prop #2: The Villages, FL (7/08 $290,000) | D | Rent | N | R | | | | | |
| 25. First Global Capital Corp. Money Market Tax-Exempt Fund Cap | A | Dividend | J | T | | | | | |
| 26. American Amcap Fund Class F | A | Dividend | L | T | | | | | |
| 27. Davis NY Venture A | A | Dividend | L | T | | | | | |
| 28. T Rowe Price Equity Income | A | Dividend | K | T | | | | | |
| 29. T Rowe Price NY Tax Free Bond | A | Interest | M | T | | | | | |
| 30. ishares Tr S & P World Ex-US PPTY Index Fd 135 | A | Dividend | J | T | | | | | |
| 31. ishares TR MSCI Emerging Mkets Index Fd | A | Dividend | K | T | | | | | |
| 32. Barclays Bk Plc IPATH Index Lkd Secs to GSCI | A | Dividend | J | T | | | | | |
| 33. Royce Opportunity Fund Invest Class | B | Dividend | L | T | | | | | |
| 34. UMB Scout International | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tomlinson, A. Kathleen | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*lines 11, 15 and 18 reflect the transfer of monies in several funds which are part of the aggregate funds I have through my former law firm with the ABA Retirement funds. The funds listed on lines 11, 15 and 18 were transferred to other funds set forth below each entry because the new funds were producing a better reate of return. There is no code provided for a "transfer" of funds, so I utilized the "closed" and "opened" designations.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ A. Kathleen Tomlinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544